JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ZAMMAR YAKOUB, | No. 5:26-cv-01399-JAK (RAOx) |
| Petitioner, | **JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| D. MARIN, et al., | **[JS6: CASE TERMINATED]** |
| Respondents. | |

1

Pursuant to the May 6, 2026 Order re Preliminary Injunction, and the parties' May 29, 2026 Joint Proposed Grant of Petition Under 28 U.S.C. § 2241, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.  The March 23, 2026 Petition for Writ of Habeas Corpus is **GRANTED**, and **JUDGMENT** is entered in favor of George Zammar Yakoub ("Petitioner").

2.  Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf, in concert or in participation with them, are **PERMANENTLY ENJOINED** from re-detaining Petitioner for the purpose of effecting his removal unless and until there is a "significant likelihood of removal in the reasonably foreseeable future," *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), and the Government has complied with 8 C.F.R. §§ 241.4 and 241.13.

**IT IS SO ORDERED.**

Date:  May 29, 2026

_____
John A. Kronstadt
United States District Judge

2